**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00529-CR

### JASON MICHAEL SWARM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80775-2017**

## ORDER

Before the Court is the State's December 30, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE